No. 58095.—Brundage Merchandise Co. et al. v. United States, protests 185156-K, etc. (New York).

Opinion by RAO, J. It was stipulated that the merchandise consists of paper napkins the same in all material respects (except that they are of crepe paper)

494

as those the subject of *Freund Mayer & Co., Inc.* v. *United States* (39 C. C. P. A. 123, C. A. D. 474). Upon the agreed statement of facts and following the cited authority, it was held that the merchandise is dutiable at 15 percent under paragraph 1413, as modified, *supra.*